STEPHANIE M. HINDS (CABN 154284)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LANCE TORREGROZA, <br><br> Defendant. | CASE NO. **CR 22-00216-EJD** <br><br> VIOLATION: <br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of 5 Grams and More of Methamphetamine; <br> 21 U.S.C. § 853 – Forfeiture Allegation <br><br> SAN JOSE VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of 5 Grams and More of Methamphetamine)

On or about December 9, 2020, in the Northern District of California, the defendant,

LANCE TORREGROZA,

did knowingly and intentionally distribute 5 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

//

//

INFORMATION

FORFEITURE ALLEGATION:    (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Count One above, the defendant,

LANCE TORREGROZA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: June 6, 2022

STEPHANIE M. HINDS
United States Attorney

/s/
AMANI S. FLOYD
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT   [X] INFORMATION   [ ] INDICTMENT   [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of 5 Grams and More of Methamphetamine;

21 U.S.C. § 853 – Forfeiture Allegation

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:** Minimum 5 years imprisonment; Maximum 40 years imprisonment; Maximum $5,000,000 fine; Minimum 4 years supervised release; Maximum lifetime term of supervised release; $100 special assessment; Forfeiture

### DEFENDANT - U.S

▶ LANCE TORREGROZA

**DISTRICT COURT NUMBER**

## CR 22-00216-EJD

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
HSI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. ATTORNEY   [ ] DEFENSE

**SHOW DOCKET NO.**

[ ] this prosecution relates to a pending case involving this same defendant

[X] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
CR 21-70636 MAG

**Name and Office of Person Furnishing Information on this form**
Stephanie M. Hinds

[X] U.S. Attorney   [ ] Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
AUSA Amani S. Floyd

### DEFENDANT

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) [ ] Is a Fugitive

3) [X] Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction   [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? [ ] Yes [ ] No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS   [X] NO PROCESS*   [ ] WARRANT    Bail Amount: _____

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments: