1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,           )   CASE NO. CR 22-00216-BLF
                                        )
13         Plaintiff,                   )
                                        )   VIOLATIONS:
14      v.                              )   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) –
                                        )   Distribution of Methamphetamine;
15  LANCE TORREGROZA,                   )   21 U.S.C. § 853 – Forfeiture Allegation
                                        )
16         Defendant.                   )
                                        )   SAN JOSE VENUE
17  _____)
18
19                          S U P E R S E D I N G   I N F O R M A T I O N
20  The United States Attorney charges:
21  COUNT ONE:       (21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine)
22         On or about December 9, 2020, in the Northern District of California, the defendant,
23                                    LANCE TORREGROZA,
24  did knowingly and intentionally distribute a mixture and substance containing a detectable amount of
25  methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in
26  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
27  //
28  //

SUPERSEDING INFORMATION

1  <u>FORFEITURE ALLEGATION</u>:     (21 U.S.C. § 853(a))

2  The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Count One above, the defendant,

LANCE TORREGROZA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: October 24, 2023

ISMAIL J. RAMSEY
United States Attorney

　/s/
AMANI S. FLOYD
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☒ INFORMATION    ☐ INDICTMENT    ☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Methamphetamine;

21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment; Maximum $1,000,000 fine; Minimum 3 years supervised release; Maximum lifetime term of supervised release; $100 special assessment; Forfeiture; Denial of federal benefits

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ LANCE TORREGROZA

DISTRICT COURT NUMBER
22-00216-BLF

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Amani S. Floyd

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: